UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

GERALD POSKEY 2005 MAY 12 A 9:52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ROBERTO RODRIGUEZ
d/b/a Buy-Rite Auto Sales

CIVIL ACTION NO. 3:01 CV1271 WWE

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint ___Joseph Salafia (State Marshal)___ a

qualified person over eighteen (18) years of age, residing in ___MERIDEN___,

Connecticut, and not a party to or attorney in this action to serve papers, other than the summons

and complaint, in the above-entitled action for the reason that the United States Marshal's Office

no longer makes service of private process.  (See Rule 4, F.R.Civ.P.)

Dated at ___Bridgeport___, Connecticut, this __12th__ day of ___May___, 2005.

_____
Attorney for Plaintiff
BARRY T. PONTOLILLO

SO ORDERED.

KEVIN F. ROWE, CLERK

By: _Carol Sanders_____
    Deputy Clerk

Dated: ___MAY 12 2005___, _____

Procedure\process.apt\Rev.9/99