3:01cv1271 (WWG)

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remained to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgment Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution; with your doings endorsed thereon, on the third person upon whom such demand was made.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.**

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY AN PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

_____
UNITED STATES DISTRICT JUDGE

DATE:        __KEVIN F. ROWE_____
             CLERK OF THE COURT

             *Carol Sanders*
             DEPUTY CLERK

                                A True Copy
                                ATTEST

             RETURN OF SERVICE    KEVIN F. ROWE
                                  Clerk, U.S. District Court

STATE OF CONNECTICUT    :
                        :  SS:   BY *Carol Sanders*
COUNTY OF               :

On the _____ day of _____, 20 __, then and there I duly served the foregoing

application, order and execution on _____

by leaving with or at the usual place of abode of _____

a true and attested copy of the original application, order and execution.


                  Attest: _____
                              Proper Officer


                          _____
                          Title

**EXEMPTION CLAIM FORM**
**PROPERTY EXECUTION**
JD-CV-5b Rev. 2-02
C.G.S. 52-321a, 52-352b, 52-361a, 52-361b

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

CLOEXM




NAME AND MAILING ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or judgment creditor's attorney)*

Roberto Rodriguez
dba Buy-Rite Auto Sales

**INSTRUCTIONS**

**TO JUDGMENT CREDITOR OR JUDGMENT CREDITOR'S ATTORNEY:** Complete section I below and follow instructions on form JD-CV-5.
**TO PROPER OFFICER:** Complete section II below and follow instructions on form JC-CV-5.
**TO THIRD PERSON:** Complete section III below and follow instructions on form JD-CV-5.
**TO JUDGMENT DEBTOR:** Read section IV below and complete section V if applicable.

**SECTION I** *(Must be completed by judgment creditor or judgment creditor's attorney)*
ADDRESS OF COURT *(Number, street, town, zip code)*  ☐ G.A.  ☐ J.D.  ☐ HOUSING SESSION  ☒ U.S. DISTRICT COURT
915 Lafayette Boulevard, Bridgeport, CT 06604
NAME OF CASE                                                                          DOCKET NO.
Gerry Foskey v. Roberto Rodriguez dba Buy-Rite Auto Sales, et al    3:01 CV 1271 WWE
NAME OF JUDGMENT DEBTOR
Roberto Rodriguez dba Buy-Rite Auto Sales

**SECTION II** *(Must be completed by proper officer)*
DATE OF SERVICE OF EXECUTION | NAME AND ADDRESS OF PROPER OFFICER

NAME AND ADDRESS OF THIRD PERSON SERVED WITH EXECUTION *(if any)* | TELEPHONE NO. *(if known)*

**SECTION III** *(Must be completed by third person served with execution (if any))*
DATE EXECUTION MAILED TO JUDGMENT DEBTOR

**SECTION IV** — **NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you the attached execution has been issued against your personal property.
SOME OF YOUR PERSONAL PROPERTY MAY BE EXEMPT FROM EXECUTION -- Certain classes of personal property may be protected from execution by state statutes or other laws or regulations of this state or of the United States. A checklist and description of the most common classes of personal property of a natural person exempt from execution are set forth on page 2 of this form.
HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW -- If you wish to claim that the property levied on by the sheriff is exempt by law from execution you must fill out and sign the Claim of Exemption on page 2 of this form and return this exemption claim form to the clerk of the Superior court at the above address. **The form must be received by the clerk of the Superior Court within 20 days after levy on the property.**
Upon receipt of this form, the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.
RIGHT TO REQUEST INSTALMENT PAYMENT ORDER -- Pursuant to section 52-356d of the general statutes, if you are a consumer judgment debtor, you may seek to have the court issue an instalment payment order with a provision that compliance with the order prevents a levy on your property. An instalment payment order is an order of the court that you pay a weekly amount to the judgment creditor until the judgment is satisfied.
"Consumer Judgment" means a money judgment of less than five thousand dollars against a natural person resulting from a debt or obligation incurred primarily for personal, family, or household purposes.
SETTING ASIDE THE JUDGMENT -- If the judgment was rendered against you because of your failure to appear in court, you may, pursuant to section 52-212 of the general statutes, within four months of the date judgment was rendered and upon belief that you have reasonable cause, move the court to set aside the judgment rendered against you.

FOR COURT USE ONLY

PAGE 1 OF 2                                                                                        EXEMPTION CLAIM FORM

| SECTION V | CLAIM OF EXEMPTION ESTABLISHED BY LAW |
|---|---|

I, the judgment debtor, hereby claim and certify under penalty of false statement that the property described below is exempt from execution as follows:

| NAME AND ADDRESS OF PERSON HOLDING PROPERTY | TELEPHONE NO. |
|---|---|

PROPERTY CLAIMED TO BE EXEMPT

DESCRIBE BASIS FOR EXEMPTION AS ESTABLISHED BY LAW

| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | TELEPHONE NO. |
|---|---|

| SIGNED (Judgment debtor) | DATE SIGNED |
|---|---|

| SECTION VI | NOTICE OF HEARING ON EXEMPTION/MODIFICATION CLAIM |
|---|---|

| DATE OF HEARING | TIME OF HEARING .M. | COURTROOM NO. | BY THE ASSISTANT CLERK |
|---|---|---|---|

| SECTION VII | ORDER OF COURT |
|---|---|

ORDERED that the following item(s) are exempt from execution:

| SIGNED (Judge, Magistrate, Assistant Clerk) | BY ORDER OF THE COURT | DATE SIGNED |
|---|---|---|

## CHECKLIST AND DESCRIPTION OF COMMON EXEMPTIONS ALLOWED BY LAW
(Gen. Stat. § 52-352b)

(a) Necessary apparel, bedding, foodstuffs, household furniture and appliances;
(b) Tools, books, instruments, farm animals and livestock feed, which are necessary to the judgment debtor in the course of his or her occupation, profession, farming operation or farming partnership;
(c) Burial plot for the judgment debtor and his or her immediate family;
(d) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;
(e) Health and disability insurance payments;
(f) Health aids necessary to enable the judgment debtor to work or to sustain health;
(g) Worker's compensation, social security, veterans and unemployment benefits;
(h) Court approved payments for child support;
(i) Arms and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;
(j) One motor vehicle to the value of one thousand five hundred dollars, provided such value shall be determined as the fair market value of the motor vehicle less the amount of all liens and security interests which encumber it.
(k) Wedding and engagement rings;
(l) Residential utility deposits for one residence and one residential security deposit;
(m) Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in section 52-321a;
(n) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under general statute section 52-361a;
(o) An award under a crime reparations act;
(p) All benefits allowed by any association of persons in this state towards the support of any of its members incapacitated by sickness or infirmity from attending to his usual business; and
(q) All moneys due the judgment debtor from any insurance company on any insurance policy issued on exempt property, to the same extent that the property was exempt.
(r) Irrevocable transfers of money to an account held by a bona fide nonprofit debt adjuster licensed pursuant to chapter 655 for the benefit of creditors of the exemptioner.
(s) Any interest of the judgment debtor in any property not to exceed in value one thousand dollars;
(t) Any interest of the judgment debtor not to exceed in value four thousand dollars in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or an individual of whom the judgment debtor is a dependent; and
(u) The homestead of the judgment debtor to the value of seventy-five thousand dollars, provided value shall be determined as the fair market value of the real property less the amount of any statutory or consensual lien which encumbers it.